### BUTLER *v.* THE STATE.

CANDLER, J. No complaint is made that the judge committed any error of law. The evidence, while not demanding the conviction of the accused, was sufficient, if believed by the jury, to warrant the verdict which they returned. That verdict was approved by the trial judge, and this court will not interfere with it.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted February 15, — Decided March 3, 1904.

Indictment for murder. Before Judge Mitchell. Berrien superior court. December 21, 1903.

*John Murrow* and *J. J. Murray*, for plaintiff in error.     *John C. Hart, attorney-general,* and *W. E. Thomas, solicitor-general,* contra.